UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIKO DORSEY,

        Plaintiff,

v.

GREEN DOT CORPORATION
d/b/a GO2 BANK,

        Defendant.
_____/

Case No. 24-cv-10162

Paul D. Borman
United States District Judge

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING THE OUTCOME OF ARBITRATION (ECF NO. 9)

On January 22, 2024, Plaintiff Tamiko Dorsey filed her Complaint in this action alleging that Defendant Green Dot Corporation d/b/a GO2 Bank violated the Electronic Funds Transfer Act (EFTA), 15 U.S.C. § 1693, *et seq.* (ECF No. 1.) Defendant has been served with the Complaint and counsel for Defendant has entered an appearance in this case.

On March 20, 2024, Plaintiff filed the instant Unopposed Motion to Stay Proceedings Pending the Outcome of Arbitration. (ECF No. 9.) Plaintiff explains that Defendant's counsel has advised that Plaintiff ostensibly entered into an agreement with Defendant that included an arbitration provision. Plaintiff therefore

requests that this matter be stayed pending the outcome of an arbitration between the parties.

Under § 3 of the Federal Arbitration Act (FAA), when a district court is "satisfied that the issue involved in such suit or proceeding is referable to arbitration ... [it] shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement." 9 U.S.C. § 3. The Sixth Circuit Court of Appeals has interpreted this language as a "mandatory obligation" to stay a case when a party requests one. *Arabian Motors Grp. W.L.L. v. Ford Motor Co.*, 19 F.4th 938, 941 (6th Cir. 2021). Upon consideration of Plaintiff's unopposed motion to stay, the Court therefore will grant the motion and stay this case pending arbitration.

Accordingly, for the reasons set forth herein, the Court **GRANTS** Plaintiff's motion (ECF No. 9) and **STAYS** these proceedings pending the outcome of arbitration proceedings.

**IT IS SO ORDERED**.

Dated: March 21, 2024                     s/ Paul D. Borman
                                          Paul D. Borman
                                          United States District Judge